**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

DEBORAH LOVE,                          )
                                       )
              Plaintiff,               )
                                       )
      v.                               )          No. 4:26-cv-294-CMS
                                       )
AMERICAN AIRLINES, et al.,             )
                                       )
              Defendants.              )

**MEMORANDUM AND ORDER**

This matter is before the Court upon review of the file. Plaintiff Deborah Love commenced this civil action on February 26, 2026, complaining of an incident that happened on an American Airlines flight. ECF No. 1. On June 29, 2026, the Court directed Plaintiff to file an amended complaint within 30 days. ECF No. 4. The Court cautioned Plaintiff that her failure to timely comply with the Order would result in the dismissal of the case without further notice. *Id*.

To date, Plaintiff has neither responded to the Court's Order, nor sought additional time to do so. Plaintiff was given meaningful notice of what was expected, she was cautioned that her case would be dismissed if she failed to timely comply, and she was given ample time to comply. The Court will therefore dismiss this action, without prejudice, due to Plaintiff's failure to comply with the Court's June 29, 2026, Order and her failure to prosecute her case. *See* Fed. R. Civ. P. 41(b); *see also Link v. Wabash R.R. Co.*, 370 U.S. 626, 630-31 (1962) (the authority of a court to dismiss *sua sponte* for lack of prosecution is inherent power governed "by the control necessarily vested in courts to manage their own affairs so as to achieve the orderly and expeditious disposition of cases"); *Brown v. Frey*, 806 F.2d 801, 803 (8th Cir. 1986) (a district

court has the power to dismiss an action for the plaintiff's failure to comply with any court order).

Accordingly,

**IT IS HEREBY ORDERED** that this case is **DISMISSED** without prejudice.

**IT IS HEREBY CERTIFIED** that an appeal from this dismissal would not be taken in good faith.

An Order of Dismissal will accompany this Memorandum and Order.

Dated this 10th day of August, 2026.

_____
CRISTIAN M. STEVENS
UNITED STATES DISTRICT JUDGE